*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HACKEL, PENNIX, and BLOSSER
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Dominic I. PANTOVICH**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202300297**

_____

Decided: 26 January 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Adam J. Workman

Sentence adjudged 15 August 2023 by a special court-martial convened at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for five months, and a bad-conduct discharge.[1]

For Appellant:
*Commander Kyle Calvin Kneese, JAGC, USN*

---

[1] Appellant was credited with 98 days of pretrial confinement.

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

We note that the military judge failed to announce the assembly of the special court-martial. While this was error, we find it was not a jurisdictional defect. Appellant does not allege prejudice and we find none. *See United States v. Goodwin*, 60 M.J. 849, 850 (N-M. Ct. Crim. App. 2005) ("Our superior court has held that violations of Article 16, UCMJ, are not jurisdictional, so long as there is 'substantial compliance' with its requirements. Thus, such errors must be tested for prejudice.") (internal citations and punctuation omitted).